IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HECTOR HERNANDEZ and CHARLES TERMINI, individually, and on behalf of all others similarly-situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JAMIE RHEE, in her official capacity as Commissioner of the Department of Aviation; WILLIAM HELM, in his individual capacity; JOSEPH ALESIA, in his individual capacity; KEVIN MARTIN, in his individual capacity; and, the CITY OF CHICAGO, as a municipal corporation and as indemnitor,<br><br>　　　Defendants. | Case No. 18-cv-7647<br><br>The Honorable Judge John Z. Lee<br><br>Magistrate Judge<br>Mary M. Rowland |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants City of Chicago, ("the City"), Jamie Rhee, William Helm, Joseph Alesia, and Kevin Martin, through their counsel, Edward N. Siskel, Corporation Counsel of the City of Chicago, move for an extension of time through February 25, 2019, to file a responsive pleading to Plaintiffs' First Amended Complaint. In support of this unopposed motion, Defendants state as follows:

1) Plaintiffs filed their First Amended Complaint on January 7, 2019. *Dkt. No. 13.*

2) The date set for Defendants to respond to Plaintiffs' First Amended Complaint is February 11, 2019.

3) Due to the length, issues and number of Defendants in the First Amended Complaint, Defendants require more time to investigate and draft their responsive pleading.

4) This is the first request for an extension of time sought by Defendants. Defendants do not bring this motion for any improper purpose or delay.

5) Plaintiffs will not be prejudiced by an extension of time to respond to Plaintiffs' First Amended Complaint.

6) Pursuant to Fed. R. Civ. P. 6(b), the City requests an extension of time through February 25, 2019 to file a response to Plaintiffs' First Amended Complaint.

7) Counsel for Plaintiffs has no objection to the relief requested by this Motion.

For the foregoing reasons, Defendants City of Chicago, Jamie Rhee, William Helm, Joseph Alesia, and Kevin Martin respectfully request that this Court grant an extension of time through February 25, 2019 for Defendants to respond to Plaintiffs' First Amended Complaint.

Dated: January 31, 2019                    Respectfully submitted,

                                           EDWARD N. SISKEL
                                           Corporation Counsel of the City of Chicago

                                           By:  *s/ Howard P. Levine*
                                           Howard P. Levine
                                           Assistant Corporation Counsel Supervisor

City of Chicago, Department of Law
Employment Litigation Division 30
North LaSalle Street, Suite 1020
Chicago, Illinois 60602-2580
(312) 744-0898
(312) 744-3989 (fax)
howard.levine@cityofchicago.org