IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HECTOR HERNANDEZ and<br>CHARLES TERMINI, individually, and on behalf<br>of all others similarly-situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM HELM, in his individual capacity;<br>JOSEPH ALESIA, in his individual capacity;<br>KEVIN MARTIN, in his individual capacity; and,<br>the CITY OF CHICAGO, as a municipal<br>corporation and as indemnitor,<br><br>    Defendants. | Case No. 18-cv-7647<br><br>The Honorable Judge John Z. Lee<br><br>Magistrate Judge Mary Rowland |

### NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL PLAINTIFFS' MANDATORY DISCLOSURES

Plaintiffs hereby give due notice, through undersigned counsels, Cass T. Casper, TALON LAW, LLC, and Gianna Scatchell, Esq., Law Offices of Gianna Scatchell, that they have served this Notice and the required Supplemental Mandatory Disclosures under this Court's Mandatory Initial Discovery Standing Order on counsel of record for the Defendants on October 22, 2019 via electronic service to the email addresses as follows:

Jessica Durkin, Esq.        jessica.durkin@cityofchicago.org
Scott Crouch, Esq.         scott.crouch@cityofchicago.org

                                      Dated: October 22, 2019

                                      */s Cass T. Casper*

                                      Cass T. Casper
                                      One of Plaintiffs' Attorneys
                                      TALON LAW, LLC
                                      105 West Madison Street, Suite 1350
                                      Chicago, Illinois 60602
                                      P: (312) 351-2478

F: (312) 276-4930
E: ctc@talonlaw.com