# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hector Hernandez, et al. v. City of Chicago, et al.

Case Number: 18-cv-07647

An appearance is hereby filed by the undersigned as attorney for:
William Helm

Attorney name (type or print): Carolyn E. Isaac

Firm: Michael Best & Friedrich, LLP

Street address: 444 West Lake Street, Suite 3200

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6324095
(See item 3 in instructions)

Telephone Number: 312-596-5871

Email Address: ceisaac@michaelbest.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 28, 2019

Attorney signature: S/ Carolyn E. Isaac
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015