# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Hector Hernandez, et al.

                      Plaintiff,

v.                                            Case No.: 1:18−cv−07647

                                                         Honorable John Z. Lee

City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2019:

       MINUTE entry before the Honorable John Z. Lee:Status hearing held on 11/6/19. For the reasons stated on the record, Defendants' partial motion to dismiss the fourteenth amendment claims in Counts 3 and 5 of Plaintiff's amended complaint [29] is granted. Status hearing set for 12/12/19 at 9:00 a.m. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.