IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HECTOR HERNANDEZ and CHARLES TERMINI, individually, and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM HELM, in his individual capacity; KEVIN MARTIN, in his individual capacity; and, the CITY OF CHICAGO, as a municipal corporation and as indemnitor,<br><br>    Defendants. | Case No. 18-cv-7647<br><br>The Honorable Judge John Z. Lee<br><br>Magistrate Judge Sidney Schenkier |

## **UNOPPOSED CASS THOMAS CASPER'S MOTION TO WITHDRAW AS COUNSEL**

NOW COMES, Cass Thomas Casper, Esq., and moves this Honorable Court for leave to withdraw as counsel from the above-captioned cause for the following reasons:

1. At a status hearing on December 3, 2019, the Court invited a Motion to Withdraw such as this.

2. The undersigned accepted that invitation and so notified chambers on December 10, 2019 via email.

3. During the status hearing, counsel for all Defendants stated that they would not oppose this Motion.

4. The undersigned notes that this withdrawal is being done in light of the particular stress and personal issues same is causing on the undersigned in connection with the above-referenced matter, which are particularly exacerbated by undersigned's history with the Plaitniffs' Union that is in the backdrop of this case.

5. In order to avoid further distraction, and to move the case forward expeditiously, as well as to allow time to deal with the aforementioned personal matters, the undersigned has made the decision to request leave to withdraw.

6. The undersigned intends to remain responsible for any sanctions that should be imposed, in the event any are imposed in connection with the current pending motion (and undersigned submits same are unwarranted), and this Motion is not filed in order to avoid same (nor could it).

## CONCLUSION

For the foregoing reasons, the undersigned respectfully requests that this Honorable Court grant this Motion to Withdraw as Conusel.

                                                            Respectfully submitted,

                                                            */s Cass T. Casper*
By: _____
                    One of Plaintiffs' Attorneys

*Cass T. Casper, Esq.*
TALON LAW, LLC
105 West Madison Street, Suite 1350
Chicago, Illinois 60602
P: (312) 351-2478
F: (312) 276-4930
E: ctc@talonlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2019, he caused to be served the accompanying *Cass T. Casper's Motion to Withdraw as Counsel* on counsel for all Defendants via this Court's CM/ECF filing system, and that counsel for all Defendants are

                                                            */s Cass T. Casper*
                                            _____