**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HECTOR HERNANDEZ and CHARLES TERMINI, individually, and on behalf of all others similarly-situated, <br><br> Plaintiffs, <br> v. <br><br> JAMIE RHEE, in her official capacity as Commissioner of the Department of Aviation; WILLIAM HELM, in his individual capacity, JOSEPH ALESIA, in his individual capacity; KEVIN MARTIN, in his individual capacity; and, the CITY OF CHICAGO, as a municipal corporation and as indemnitor, <br><br> Defendants. | Case No. 18-cv-7647 <br><br> District Judge John Z. Lee |

**<u>Corrected Unopposed Motion for Extension of Time to File Response to Defendants'
Motions for Summary Judgment</u>**

COMES NOW the Plaintiffs, Hector Hernandez and Charles Termini, by and through their attorney, Gianna Scatchell move for an extension of time through August 31, 2020 to file their Response to Defendants City of Chicago's, Kevin Martin's, and William Helm's Motions for Summary Judgment.

As grounds for their motion, Plaintiffs state the following:

1. Despite Plaintiffs' counsel's best efforts, her docket has been chaotic because of CoVid-19's effects on the courts, *to wit*: court closures, subsequent rescheduled court dates, and the abrupt shift to Virtual Hearings and inevitable technology growing pains associated with the shift.

2. Defendants filed their Motions for Summary Judgment on June 2, 2020. Plaintiffs' Responses are due on July 23, 2020.

3. Plaintiffs request an extension of time to August 31, 2020 to respond to Defendants' Motions for Summary Judgment.

4. Defendants do not oppose this extension and request additional time, until Friday, October 9, 2020 to file their Reply Briefs, to which Plaintiffs have no objection.

1

5. Plaintiffs' counsel conferred with all the Defendants' counsels, and they have no objection with the extension of time and no prejudice will occur to Defendants as a result of this delay.

6. This motion is not made for purposes of undue delay but is made in good faith for the purpose of preparing an adequate response.

WHEREFORE, for the above and foregoing reasons, Plaintiff respectfully requests this Honorable Court grant his Motion for an Extension of Time to August 31, 2020 to file a Response to Defendants City of Chicago's, Kevin Martin's, and William Helm's Motions for Summary Judgment and that Defendants have until October 9, 2020 to reply.

    Respectfully submitted,

    By: /s/ *Gianna R. Scatchell*

    GIANNA R. SCATCHELL
    Plaintiffs' Counsel

    Law Offices of Gianna Scatchell
    360 W Hubbard Ste. 1404,
    Chicago, IL 60654
    Phone (312) 248-3303
    Email gia@lawfirm.gs

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, I electronically filed my Motion for an Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification to all parties of record:

Scott Crouch (scott.crouch@cityofchicago.org)
Jessica Durkin (jessica.durkin@cityofchicago.org)
James Fieweger (jpfieweger@michaelbest.com)
Abad Lopez (ALopez@dykema.com)
Christina C. Brunty (CBrunty@dykema.com)
Dawn M. Peacock (DPeacock@dykema.com)