IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HECTOR HERNANDEZ, *et al.* )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM HELM, *et al.* )<br>)<br>    Defendants. ) | Case No. 18-cv-7647<br><br>The Honorable Judge Franklin U. Valderrama |

### UNOPPOSED PLAINTIFFS' FINAL MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT TO AND INCLUDING JANUARY 8, 2021

Plaintiffs, Hector Hernandez and Charles Termini, through their undersigned attorney, Gianna Scatchell, Esq., Law Offices of Gianna Scatchell, makes the following request for an extension of time up to and including January 8, 2021 to file Responses to Defendants' Motions for Summary Judgment for the following reasons:

1. Plainitff's Counsel discussed this Motion with Defendants' Counsel on December 18, 2020 and confirmed that there is no objection.

2. There have been multiple requests for extension and Plaintiffs apologize for the additional request, but additional time is needed due to the following reasons.

3. On or about November 10, 2020, Plaintiff's Counsel's mother, father, grandmother, and grandfather were all diagnosed with Covid-19 and her grandfather was hospitalized for nearly one week with double CoVid-19 pneumonia.

4. On or about November 21, 2020, Plaintiff's Counsel was exposed to CoVid-19 and had to self-quarantine.

5. Plaintiff's Counsel's office was closed due to a COVID-19 outbreak from November 23,

2020 through December 7, 2020, which, due to the voluminous documents, summary judgment binders, deposition transcripts, and exhibits in this case has made responding to these motions particularly onerous to do remotely.

6. On return following the office closure, Plaintiff's Counsel had numerous other tasks requiring urgent attention, including:

   a. All written discovery, discovery requests, and discovery responses needed to be completed in *Principe v. Village of Melrose Park, Illinois*, 20-cv-1545, containing several thousand pages of documents, video recordings, and dozens of production requests and interrogatories.

   b. Complaint due in Lake County, Illinois Circuit Court with a potential statute of limitations issue in *Onofre v. American Marketing Services and Consultants* requiring investigation and filing as soon as possible.

   c. Subpoenas for depositions needing organization and issuance in *Dart v. Denham*, 18 L 010207, Circ. Ct. of Ck. County, Illinois for 15 witnesses, requiring witness contacts, confirmations, and setting of depositions by sending notices and subpoenas.

   d. Examination of Circuit Court decision for appeal in *Scatchell v. Village of Melrose Park, Illinois*, 2018 CH 16150 for appeal following the December 15, 2020 Circuit Court ruling.

   e. On top of the foregoing, Plaintiff's counsel has been winding up her company, Run the Call, a court coverage platform that was decimated due to court closures as a result of CoVid-19.

   f. On top of the foregoing, Plaintiff's counsel is required to help perform new client

Intakes for Disparti Law Group, P.A. and service the onboarding or rejection of these potential clients which takes a substantial amount of time.

g. Plaintiff's Counsel has a much lighter workload over the next three weeks and will be able to get the Responses completed.

## CONCLUSION

For the foregoing reasons, Plaintiffs' Counsel respectfully requests an extension of time to file the Responses to Defendants' Summary Judgment Motions to and including January 8, 2021.

Dated: December 18, 2020

*/s/ Gianna Scatchell*

Gianna Scatchell, Esq.
Law Offices of Gianna Scatchell, Inc.
360 West Hubbard Place, #1404
Chicago, Illinois 60654
P: (312) 506-5511 ext. 330
F: (312) 846-6363
E: gia@dispartilaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served this Plaintiff's Motion for Extension of Time to file Response to Summary Judgment Motions to all counsel-of-record via this Court's CM/ECF filing system on December 18, 2020, and that such counsels are registered efilers.

*/s/ Gianna Scatchell*

Gianna Scatchell